No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $50.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

**Jesse James JONES, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28413.

Court of Criminal Appeals of Texas.

Oct. 17, 1956.

**Clinton SHAW, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28722.

Court of Criminal Appeals of Texas.

Oct. 24, 1956.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted for the offense of unlawfully passing a forged instrument; his punishment was assessed at a term of three years; and the execution of sentence was deferred in accordance with the terms of the Adult Probation Law, Art. 781b, Vernon's Ann.C.C.P.